PHILLIP A. TALBERT
Acting United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY – 5 2016

CLEP⁗ U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPU⁓

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16 - CR - 0094 TLN |
| Plaintiff, | 18 U.S.C. § 371 – Conspiracy to Defraud the United States; 26 U.S.C. § 7201 – Attempt to Evade or Defeat Tax (3 Counts) |
| v. | |
| VIRENDRA P. MAHARAJ, AKA VIRENDRA PRASAD MAHARAJ, AKA VIC MAHARAJ, AKA VIREN SHAMBHU DUTT; AND ROSALIN R. PRASAD, AKA ROSALIN RADHIKA PRASAD, | |
| Defendants. | |

# I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 371 – Conspiracy to Defraud the United States]

The Grand Jury charges:

VIRENDRA P. MAHARAJ,
aka Virendra Prasad Maharaj,
aka Vic Maharaj,
aka Viren Shambhu Dutt; and
ROSALIN R. PRASAD,
aka Rosalin Radhika Prasad,

defendants herein, as follows:

I.      PARTIES, PERSONS, AND RELEVANT ENTITIES

INDICTMENT

1

1     1.     At all times relevant to this indictment, MAHARAJ was a resident of the State and

2  Eastern District of California, residing at different times in Granite Bay, California, and El Dorado Hills,

3  California. At various times during the period from 2005 through 2007, MAHARAJ performed work at

4  car dealerships operated and controlled by Company A, Company B, and Maharaja Motors LLC.

5     2.     At all times relevant to this indictment, PRASAD was a resident of the State and Eastern

6  District of California, residing at different times in Granite Bay, California, and El Dorado Hills,

7  California. At all times relevant to the indictment, PRASAD was not employed at car dealerships

8  operated or controlled by Company A or Company B.

9     3.     At all times relevant to this indictment, MAHARAJ and PRASAD were married to one

10 another.

11    4.     During the year 2005, Company A was a corporation that operated at least one car

12 dealership in Sacramento County, in the State and Eastern District of California.

13    5.     During the years 2005, 2006, and 2007, Company B was a corporation that operated at

14 least one car dealership in Sacramento County, in the State and Eastern District of California.

15    6.     Maharaja Motors LLC, doing business as Payless Car Sales of Woodland, was a used car

16 dealership located in Woodland, California, in the State and Eastern District of California, which opened

17 in 2007 and was owned and operated by MAHARAJ and PRASAD.

18    7.     At all times relevant to this indictment, the entity referred to herein as the Tax

19 Preparation Office was a tax preparation business located in Roseville, California, in the State and

20 Eastern District of California. For the tax years of 2005, 2006, and 2007, the Tax Preparation Office

21 prepared and filed with the Internal Revenue Service individual tax returns, on Form 1040, for

22 PRASAD. For the tax year of 2007, the Tax Preparation Office prepared and filed with the Internal

23 Revenue Service a corporate tax return, on Form 1120S, for Maharaja Motors LLC.

24                         II.     THE CONSPIRACY

25    8.     Defendants herein, from at least in and around January of 2005, and continuing through

26 on or about January 12, 2010, in the Counties of Sacramento, El Dorado, Placer, and Yolo, in the State

27 and Eastern District of California, and elsewhere, did willfully, unlawfully, voluntarily, intentionally,

28 and knowingly conspire, combine, confederate, and agree together and with each other to defraud the

INDICTMENT                                              2

1   United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government

2   functions of the Internal Revenue Service of the Treasury Department in the ascertainment,

3   computation, assessment, and collection of the revenue, to wit, income taxes.

### III.     MANNER AND MEANS OF THE CONSPIRACY

5   The manner and means by which the conspiracy was sought to be accomplished included, among

6   others, the following:

7       9.      During the period from 2005 through 2007, MAHARAJ worked at car dealerships

8   operated and controlled by Company A and Company B, and earned compensation for his work.

9       10.     To conceal and attempt to conceal the source and amount of his income for work

10  performed at car dealerships operated and controlled by Company A and Company B, MAHARAJ

11  caused part of his wages to be paid directly to his wife, PRASAD. PRASAD deposited those wages in

12  at least one of her personal bank accounts. Additionally, MAHARAJ caused his Wage and Tax

13  Statements, on Forms W-2, to be issued to, and in the name of, his wife, PRASAD, for the years 2005,

14  2006, and 2007. The Wage and Tax Statements, on Forms W-2, issued to, and in the name of,

15  PRASAD, did not record the full amount of wages paid to MAHARAJ.

16      11.     To conceal and attempt to conceal the source and amount of his income for work

17  performed at car dealerships operated and controlled by Company A and Company B, MAHARAJ took

18  and received part of his compensation in the form of currency. The currency payments were not

19  recorded on the Wage and Tax Statements, on Forms W-2, issued to, and in the name of, PRASAD for

20  the years 2005, 2006, and 2007.

21      12.     To conceal and attempt to conceal the source and amount of his income for work

22  performed at car dealerships operated and controlled by Company A and Company B, MAHARAJ

23  caused part of his compensation to be paid directly by his employers to at least one of PRASAD's

24  creditors and to a financial institution at which PRASAD held a home equity line of credit. These

25  payments were not recorded on the Wage and Tax Statements, on Forms W-2, issued to, and in the name

26  of, PRASAD for the years 2005, 2006, and 2007.

27      13.     For the tax years 2005, 2006, and 2007, PRASAD caused individual tax returns, on

28  Forms 1040, to be prepared by the Tax Preparation Office referred to above and filed with the Internal

INDICTMENT                                         3

1   Revenue Service.  Those individual tax returns were prepared only in PRASAD's name, and

2   MAHARAJ was not named as a taxpayer on those individual tax returns.  Those individual tax returns

3   reported the wages recorded on the Wage and Tax Statements, on Forms W-2, issued to, and in the name

4   of, PRASAD for the years 2005, 2006, and 2007, which reflected part of the compensation for

5   MAHARAJ's work.  PRASAD's individual tax returns, on Forms 1040, for the tax years 2005, 2006,

6   and 2007, were false in that, among other things, they each underreported the income to MAHARAJ and

7   PRASAD.

8       14.    For the tax years 2005, 2006, and 2007, MAHARAJ did not file any individual tax

9   returns with the Internal Revenue Service.

10      15.    On the individual tax return, on Form 1040, filed in PRASAD's name for the tax year

11  2005, the tax return falsely claimed the purchase of a residential property as a rental property in a real

12  estate exchange under Section 1031 of the Internal Revenue Code, which permitted MAHARAJ and

13  PRASAD to defer substantial capital gains and related taxes, and to receive tax benefits for claimed

14  rental losses.

15      16.    For the tax year 2007, Maharaja Motors LLC filed a tax return, on Forms 1120S,

16  prepared by the Tax Preparation Office referred to above and filed with the Internal Revenue Service.

17  On that tax return, MAHARAJ and PRASAD deducted their own personal expenses as business

18  expenses, thereby falsely reducing the amount of tax due and owing personally by MAHARAJ and

19  PRASAD for tax year 2007.

20      17.    Beginning in 2009, the Internal Revenue Service began a civil audit concerning

21  MAHARAJ's and PRASAD's income.  During the course of that audit, MAHARAJ and PRASAD each

22  made at least one false statement to agents of the Internal Revenue Service to conceal and attempt to

23  conceal the source and amount of their income.

24              IV.    OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

25      In furtherance of the conspiracy and to accomplish its objects, the following overt acts, among

26  others, were committed in the State and Eastern District of California, and elsewhere:

27      18.    On or about March 24, 2006, PRASAD met with a representative of the Tax Preparation

28  Office referred to above regarding tax preparation services.

INDICTMENT                                    4

19.    Between on or about March 24, 2006, and on or about April 25, 2006, PRASAD caused a false tax return, on Form 1040, to be filed with the Internal Revenue Service for the 2005 tax year.

20.    On or about April 5, 2007, PRASAD caused a false tax return, on Form 1040, to be filed with the Internal Revenue Service for the 2006 tax year.

21.    On or about May 18, 2008, PRASAD caused a false tax return, on Form 1040, to be filed with the Internal Revenue Service for the 2007 tax year.

22.    On or about May 20, 2008, PRASAD caused a false tax return, on Form 1120S, to be filed with the Internal Revenue Service on behalf of Maharaja Motors LLC for the 2007 tax year.

23.    Between on or about January 1, 2005, and April 22, 2007, MAHARAJ took compensation from Company B on several occasions in the form of currency paid in connection with vehicle sales transactions.

24.    On or about January 12, 2010, MAHARAJ made at least one false statement to an agent of the Internal Revenue Service regarding the source and amount of his income.

25.    On or about January 12, 2010, PRASAD made at least one false statement to an agent of the Internal Revenue Service regarding the source and amount of her income.

In violation of Title 18, United States Code, Section 371.

COUNT TWO: [26 U.S.C. § 7201 – Attempt to Evade or Defeat Tax]

The Grand Jury further charges: T H A T

VIRENDRA P. MAHARAJ,
aka Virendra Prasad Maharaj,
aka Vic Maharaj,
aka Viren Shambhu Dutt,

defendant herein, a resident of Placer and El Dorado Counties, in the State and Eastern District of California, did during the calendar year 2005 receive taxable income, computed on a community property basis, upon which there was income tax due and owing to the United States of America. Knowing and believing the foregoing facts, he did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2005 by failing to make an income tax return on or before April 17, 2006, as required by law, to any proper officer of the Internal Revenue Service, and to pay the income tax to the Internal Revenue Service from on or about January 1,

INDICTMENT                                          5

1 │ 2005, through on or about January 12, 2010, in the Eastern District of California and elsewhere, and by

2 │ committing the following affirmative acts, among others:

3 │     (a) concealing and attempting to conceal the source and amount of his income by taking and

4 │ receiving part of his compensation in currency form;

5 │     (b) concealing and attempting to conceal the source and amount of his income by directing that

6 │ part of his compensation be paid directly to at least one of his creditors;

7 │     (c) concealing and attempting to conceal the source and amount of his income by causing part of

8 │ his wages to be paid directly to his wife, ROSALIN PRASAD;

9 │     (d) concealing and attempting to conceal the source and amount of his income by causing his

10 │ Wage and Tax Statements, on Forms W-2, to be issued to, and in the name of, his wife, ROSALIN

11 │ PRASAD; and

12 │     (e) making a false statement to at least one agent of the Internal Revenue Service;

13 │ In violation of Title 26, United States Code, Section 7201.

14 │ COUNT THREE: [26 U.S.C. § 7201 – Attempt to Evade or Defeat Tax]

15 │     The Grand Jury further charges: T H A T

16 │
17 │             VIRENDRA P. MAHARAJ,
            aka Virendra Prasad Maharaj,
            aka Vic Maharaj,
            aka Viren Shambhu Dutt,
18 │

19 │ defendant herein, a resident of El Dorado County, in the State and Eastern District of California, did

20 │ during the calendar year 2006 receive taxable income, computed on a community property basis, upon

21 │ which there was income tax due and owing to the United States of America.  Knowing and believing the

22 │ foregoing facts, he did willfully attempt to evade and defeat the income tax due and owing by him to the

23 │ United States of America for the calendar year 2006 by failing to make an income tax return on or

24 │ before April 17, 2007, as required by law, to any proper officer of the Internal Revenue Service, and to

25 │ pay the income tax to the Internal Revenue Service, from on or about January 6, 2006, through on or

26 │ about January 12, 2010, in the Eastern District of California and elsewhere, and by committing the

27 │ following affirmative acts, among others:

28 │     (a) concealing and attempting to conceal the source and amount of his income by taking and

INDICTMENT                 6

1   receiving part of his compensation in currency form;

2       (b) concealing and attempting to conceal the source and amount of his income by directing that

3   part of his compensation be paid directly to at least one of his creditors;

4       (c) concealing and attempting to conceal the source and amount of his income by causing part of

5   his wages to be paid directly to his wife, ROSALIN PRASAD;

6       (d) concealing and attempting to conceal the source and amount of his income by causing his

7   Wage and Tax Statement, on Form W-2, to be issued to, and in the name of, his wife, ROSALIN

8   PRASAD; and

9       (e) making a false statement to at least one agent of the Internal Revenue Service;

10  In violation of Title 26, United States Code, Section 7201.

11  COUNT FOUR: [26 U.S.C. § 7201 – Attempt to Evade or Defeat Tax]

12      The Grand Jury further charges: T H A T

13                          VIRENDRA P. MAHARAJ,
                              aka Virendra Prasad Maharaj,
14                              aka Vic Maharaj,
                              aka Viren Shambhu Dutt,
15

16  defendant herein, a resident of El Dorado County, in the State and Eastern District of California, did

17  during the calendar year 2007 receive taxable income, computed on a community property basis, upon

18  which there was income tax due and owing to the United States of America.  Knowing and believing the

19  foregoing facts, he did willfully attempt to evade and defeat the income tax due and owing by him to the

20  United States of America, for the calendar year 2007 by failing to make an income tax return on or

21  before April 15, 2008, as required by law, to any proper officer of the Internal Revenue Service, and to

22  pay the income tax to the Internal Revenue Service, from on or about January 4, 2007, through on or

23  about January 12, 2010, in the Eastern District of California and elsewhere, and by committing the

24  following affirmative acts, among others:

25      (a) concealing and attempting to conceal the source and amount of his income by taking and

26  receiving part of his compensation in currency form;

27      (b) concealing and attempting to conceal the source and amount of his income by directing that

28  part of his compensation be paid directly to at least one of his creditors;

INDICTMENT                                          7

1    (c) concealing and attempting to conceal the source and amount of his income by causing part of

2    his wages to be paid directly to his wife, ROSALIN PRASAD;

3    (d) concealing and attempting to conceal the source and amount of his income by causing his

4    Wage and Tax Statements, on Forms W-2, to be issued to, and in the name of, his wife, ROSALIN

5    PRASAD; and

6    (e) making a false statement to at least one agent of the Internal Revenue Service;

7    In violation of Title 26, United States Code, Section 7201.

8
                                                    A TRUE BILL.
9

10                                                  **/s/ Signature on file w/AUSA**

11                                                  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                    FOREPERSON
12
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
      PHILLIP A. TALBERT
13    Acting United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                          8

No. _ _ _ _ _ _ _ _ _ _ _

---

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

VIRENDRA P. MAHARAJ,
AKA VIRENDRA PRASAD MAHARAJ,
AKA VIC MAHARAJ,
AKA VIREN SHAMBHU DUTT;AND
ROSALIN R. PRASAD,
AKA ROSALIN RADHIKA PRASAD

---

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 371 – Conspiracy to Defraud the United States;
26 U.S.C. § 7201 – Attempt to Evade or Defeat Tax (3 Counts)

---

*A true bill,*

## /s/ Signature on file w/AUSA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ 5 _ _ _ _ _ _ *day*

*of* _ may _ _ _ _ _ _ _ , *A.D. 20* 16 _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

---

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _

Summons to BShe

GPO 863 525

## United States v. Maharaj, et al.
## Penalties for Indictment

**Defendants**

**VIRENDRA P. MAHARAJ**, aka Virendra Prasad Maharaj, aka Vic Maharaj, aka Viren Shambhu Dutt; and

**ROSALIN R. PRASAD**, aka Rosalin Radhika Prasad

**COUNT 1:**        **ALL DEFENDANTS**

VIOLATION:      18 U.S.C. § 371 - Conspiracy to Defraud the United States

PENALTIES:      Up to five years of imprisonment; or
Fine of up to $250,000; or both fine and imprisonment;
Restitution;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 2-4:**     **VIRENDRA P. MAHARAJ**, aka Virendra Prasad Maharaj, aka Vic Maharaj, aka Viren Shambhu Dutt

VIOLATION:      26 U.S.C. § 7201 -- Attempt to Evade or Defeat Tax

PENALTIES:      Up to five years of imprisonment; or
Fine of up to $100,000; or both fine and imprisonment;
Costs of prosecution;
Restitution;
Supervised release of up to three years

SPECIAL ASSESSMENT: $100 (mandatory on each count)