Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Rosalin Prasad

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br> v.<br><br>ROSALIN PRASAD,<br><br>  Defendants. | No. 2:16-CR-094 TLN<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR JANUARY 26, 2017 TO APRIL 27, 2017 AT 9:30 A.M.** |

    IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Nirav K. Desai, that the status conference presently set for January 26, 2017 should be continued to April 27, 2017 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from January 26, 2017 through April 27, 2017.

    The reason for the continuance is that defense counsel need additional time to review the discovery and to conduct investigation. The defense is currently attempting to locate information that is in the custody of the California Department of Justice. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between January 26, 2017 and Aprils 27, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States

Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Desai and Mr. Fischer have authorized Mr. Locke to sign this pleading for them.

DATED: January 23, 2017             /s/ Bruce Locke
                                    BRUCE LOCKE
                                    Attorney for Rosalin Prasad

DATED: January 23, 2017             /s/ Bruce Locke
                                    For DAVID FISCHER
                                    Attorney for Virendra Maharaj

DATED: January 23, 2017             /s/ Bruce Locke
                                    For NIRAV K. DESAI
                                    Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between January 26, 2017 and April 27, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

IT IS SO ORDERED.

DATED: January 23, 2017

                                    _____
                                    Troy L. Nunley
                                    United States District Judge