Bruce Locke (#177787)

Moss & Locke

4354 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Rosalin Prasad

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIN PRASAD,<br><br>Defendants. | No. 2:16-CR-094 TLN<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR APRIL 27, 2017 TO JUNE 15, 2017 AT 9:30 A.M.** |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Nirav K. Desai, that the status conference presently set for April 27, 2017 should be continued to June 15, 2017 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from April 27, 2017 through June 15, 2017.

The reason for the continuance is that defense counsel need additional time to review the discovery and to conduct investigation. The defense is currently attempting to locate information that is in the custody of the California Department of Justice and the prosecution has agreed to provide the defense access to additional discovery. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between April 27, 2017 and June 15, 2017

1

should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Desai and Mr. Fischer have authorized Mr. Locke to sign this pleading for them.

DATED: April 25, 2017  /s/ Bruce Locke  
BRUCE LOCKE  
Attorney for Rosalin Prasad

DATED: April 25, 2017  /s/ Bruce Locke  
For DAVID FISCHER  
Attorney for Virendra Maharaj

DATED: April 25, 2017  /s/ Bruce Locke  
For NIRAV K. DESAI  
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between April 27, 2017 and June 15, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

IT IS SO ORDERED.

DATED: April 25, 2017

Troy L. Nunley  
United States District Judge