| | |
|---|---|
| 1 | Bruce Locke (#177787) |
| 2 | Moss & Locke |
| 3 | 4354 Town Center Blvd., #114-59 |
| 4 | Eldorado Hills, CA 95762 |
| 5 | 916-719-3194 |
| 6 | Attorneys for Rosalin Prasad |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROSALIN PRASAD, et al.<br><br>　　　　　Defendants. | No. 2:16-CR-094 TLN<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR JUNE 15, 2017 TO AUGUST 17, 2017 AT 9:30 A.M.** |

　　IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Nirav K. Desai, that the status conference presently set for June 15, 2017 should be continued to August 17, 2017 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from June 15, 2017 through August 17, 2017.

　　The reason for the continuance is that defense counsel need additional time to review the discovery and to conduct investigation. The defense is currently attempting to locate information that is in the custody of the California Department of Justice and the prosecution has agreed to provide the defense access to additional discovery. The exclusion of time is also necessary to ensure continuity of counsel.

1

Accordingly, the time between June 15, 2017 and August 17, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Desai and Mr. Fischer have authorized Mr. Locke to sign this pleading for them.

DATED: June 9, 2017            /s/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for Rosalin Prasad

DATED: June 9, 2017            /s/ Bruce Locke
                               For DAVID FISCHER
                               Attorney for Virendra Maharaj

DATED: June 9, 2017            /s/ Bruce Locke
                               For NIRAV K. DESAI
                               Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between June 15, 2017 and August 17, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

   IT IS SO ORDERED.

Dated:  June 9, 2017

                               _____
                               Troy L. Nunley
                               United States District Judge