| | |
|---|---|
| 1 | Bruce Locke (#177787) |
| 2 | Moss & Locke |
| 3 | 4359 Town Center Blvd., #114-59 |
| 4 | Eldorado Hills, CA 95762 |
| 5 | 916-719-3194 |
| 6 | Attorneys for Rosalin Prasad |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br> v.<br><br>ROSALIN PRASAD,<br><br>    Defendants. | No. 2:16-CR-094 TLN<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR AUGUST 17, 2017 TO NOVEMBER 2, 2017 AT 9:30 A.M.** |

  IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Nirav K. Desai, that the status conference presently set for August 17, 2017 should be continued to November 2, 2017 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from August 17, 2017 through November 2, 2017.

  The reason for the continuance is that defense counsel need additional time to review the discovery and to conduct investigation. The defense is currently attempting to locate information that is in the custody of the California Department of Justice and the government has represented to the defendants' counsel that it is

1

producing additional discovery. Further, the government is in the process of copying, and expects to produce during the week of August 14, 2017, material from another matter made available to counsel for review, reviewed by counsel for defendant Prasad, and requested by counsel for defendant Prasad.

Additionally, the continuance is necessary to ensure continuity of counsel. Accordingly, the time between August 17, 2017 and November 2, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Desai and Mr. Fischer have authorized Mr. Locke to sign this pleading for them.

DATED: August 11, 2017 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Rosalin Prasad

DATED: August 11, 2017 /s/ Bruce Locke
For DAVID FISCHER
Attorney for Virendra Maharaj

DATED: August 11, 2017 /s/ Bruce Locke
For NIRAV K. DESAI
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between August 17, 2017 and November 2, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

IT IS SO ORDERED.

DATED: August 11, 2017

Troy L. Nunley
United States District Judge