DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VIRENDRA P. MAHARAJ,<br>ROSALIN R. PRASAD,<br><br>    Defendants. | No. 2:16-CR-0094 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO FEBRUARY 1, 2018, AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through each counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on November 2, 2017, at 9:30 a.m.

2.    By this stipulation, the defendants now move to continue the status conference until February 1, 2018, at 9:30 a.m., and to exclude time between November 2, 2017, and

1

February 1, 2018, under Local Code T4. Plaintiff does not oppose this request.

    3.      The parties agree and stipulate, and request that the Court find the following:

    a.      The government has represented that the discovery associated with this case includes 8849 of investigative reports and related documents in electronic form. There are 5 boxes of additional documents that consist of over 17,000 pages. There is additional video, audio, and photographs All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b.      Counsel for all of the defendants desires additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c.      The government does not object to the continuance.

    d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 2, 2017, to February 1, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    //

IT IS SO STIPULATED.

Dated: October 31, 2017                                    U.S. ATTORNEY

                                                  by:     /s/ David D. Fischer for
                                                          NIRAV DESAI
                                                          Assistant U.S. Attorney
                                                          Attorney for Plaintiff


Dated: October 31, 2017                                   /s/ David D. Fischer
                                                          DAVID D. FISCHER
                                                          Attorney for Defendant
                                                          VIRENDRA P. MAHARAJ


Dated: October 31, 2017                                   /s/ David D. Fischer for
                                                          BRUCE LOCKE.
                                                          Attorney for Defendant
                                                          ROSALIN R. PRASAD


**O R D E R**


IT IS SO FOUND AND ORDERED this 31st day of October, 2017.


_____
Troy L. Nunley
United States District Judge