Bruce Locke (#177787)

Moss & Locke

4359 Town Center Blvd., #114-59

Eldorado Hills, CA 95762

916-719-3194

Attorneys for Rosalin Prasad

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROSALIN PRASAD,<br><br>　　　　Defendants. | No. 2:16-CR-094 TLN<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR FEBRUARY 1, 2018 TO MARCH 8, 2018 AT 9:30 A.M.** |

　　　IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Nirav K. Desai, that the status conference presently set for February 1, 2018 should be continued to March 8, 2018 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from February 1, 2018 through March 8, 2018.

　　　The reason for the continuance is that Mr. Locke has resigned from the Federal Defender's Panel to care for a family member and additional time is needed for the new attorney selected by the Federal Defender's Office, Mr. Philip Cozens, to prepare and file a substitution of attorney. Mr. Cozens will also need additional

1

time to prepare the case for trial.

Additionally, the continuance is necessary to ensure continuity of counsel. Accordingly, the time between February 1, 2018 and March 8, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation and for Ms. Prasad to obtain substitute counsel. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Desai and Mr. Fischer have authorized Mr. Locke to sign this pleading for them.

DATED: January 26, 2018  /s/ Bruce Locke
BRUCE LOCKE
Attorney for Rosalin Prasad

DATED: January 26, 2018  /s/ Bruce Locke
For DAVID FISCHER
Attorney for Virendra Maharaj

DATED: January 26, 2018  /s/ Bruce Locke
For NIRAV K. DESAI
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, that the time between February 1, 2018 and March 8, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, and therefore.

IT IS SO ORDERED.

DATED: January 26, 2018

Troy L. Nunley
United States District Judge