| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>NIRAV K. DESAI<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>VIRENDRA MAHARAJ,<br>  aka Virendra Prasad Maharaj,<br>  aka Vic Maharaj,<br>  aka Viren Shambhu Dutt; AND<br>ROSALIN R. PRASAD,<br>  aka Rosalin Radhika Prasad,<br><br>                  Defendants. | CASE NO. 2:16-CR-094 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 26, 2018, 2018<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on July 26, 2018, 2018.

2. By this stipulation, defendants now move to continue the status conference until September 27, 2018, at 9:30 a.m., and to exclude time between July 26, 2018, 2018, and September 27, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) On March 6, 2018, attorney Phil Cozens filed a notice of substitution of attorney (dkt. 34) seeking to represent Prasad in this matter as appointed counsel, and the Court approved the substitution on March 7, 2018.

    b) The government has represented that the discovery associated with this case

includes materials Bates-numbered 0000001 through 0008849, consisting of documents, audio and video recordings, and native spreadsheet files. Additionally, at the defendants' request, the government made available for copying—and the defendants copied—five banker's boxes of documents obtained from a civil case litigated by the California Attorney General's Office; those documents are unnumbered. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   c) Counsel for defendants desire additional time consult with their clients, conduct investigation and research related to the pending charges, and to otherwise prepare for trial. Also, counsel for defendant Prasad has expressed that given his relatively recent appointment, he requires additional time to review the voluminous discovery in this relatively complex case and consult with his client.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2018, 2018 to September 27, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 24, 2018      McGREGOR W. SCOTT
United States Attorney

/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney

Dated: July 24, 2018      /s/ David D. Fischer (as authorized on July 24, 2018)
DAVID D. FISCHER, ESQ.
Counsel for Defendant
VIRENDRA MAHARAJ

Dated: July 24, 2018      /s/ Phil Cozens (as authorized on July 24, 2018)
PHIL COZENS, ESQ.
Counsel for Defendant
ROSALIN PRASAD

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of July, 2018.

_____
Troy L. Nunley
United States District Judge