DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> VIRENDRA P. MAHARAJ, </br> ROSALIN R. PRASAD, </br></br> Defendants. | No. 2:16-CR-0094 TLN </br></br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO OCTOBER 18, 2018, AT 9:30 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Nirav K. Desai, that the status conference presently set for September 27, 2018 should be continued to October 18, 2018 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 27, 2018 through October 18, 2018.

1

The reason for the continuance is that Mr. Fischer is currently in trial and has a prepaid trip travel scheduled for September 26, 2018 through September 29, 2018. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between September 27, 2018, and October 18, 2018, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties intend to set a trial date at the next status conference. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Desai and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: September 25 2018 U.S. ATTORNEY

by: /s/ David D. Fischer for
NIRAV DESAI
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: September 25 2018 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
VIRENDRA P. MAHARAJ

Dated: September 25, 2018 /s/ David D. Fischer for
PHILIP COZENS
Attorney for Defendant
ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of September, 2018.

*[signature]*
Troy L. Nunley
United States District Judge

3