DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>VIRENDRA P. MAHARAJ,<br>ROSALIN R. PRASAD,<br><br>  Defendants. | No. 2:16-CR-0094 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO NOVEMBER 29, AT 9:30 A.M. |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Grant Rabenn, that the status conference presently set for October 18, 2018 should be continued to November 29, 2018 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from October 18, 2018 through November 29, 2018.

1

The reason for the continuance is that Mr. Fischer has been in trial and needs more time to prepare. Also, AUSA Grant Rabenn has just been assigned to the case. Counsel would like to meet and confer about discovery and scheduling. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between October 18, 2018, and November 29, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties intend to set a trial date at the next status conference. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Rabenn and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: October 12, 2018 U.S. ATTORNEY

by: /s/ David D. Fischer for
GRANT RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: October 12, 2018 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
VIRENDRA P. MAHARAJ

Dated: October 12, 2018 /s/ David D. Fischer for
PHILIP COZENS
Attorney for Defendant
ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of October, 2018.

_____
Troy L. Nunley
United States District Judge