DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-CR-0094 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE JULY 11, 2019, AT 9:30 A.M. |
| v. | |
| VIRENDRA P. MAHARAJ, ROSALIN R. PRASAD, | |
| Defendants. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Grant Rabenn, that the status conference presently set for May 23, 2019, should be continued to July 11, 2019, and that time under the Speedy Trial Act should be excluded from between those dates.

1

The reason for the continuance is that Mr. Fischer is going to be assigned to trial in state court on May 23, 2019. Defense counsel for both Mr. Maharaj and Ms. Prasad continue to need time to prepare. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between May 23, 2019, and July 11, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Rabenn and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: May 21, 2019 U.S. ATTORNEY

by: /s/ David D. Fischer for
GRANT RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: May 21, 2019 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
VIRENDRA P. MAHARAJ

Dated: May 21, 2019 /s/ David D. Fischer for
PHILIP COZENS
Attorney for Defendant
ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 21st day of May, 2019.

Troy L. Nunley
United States District Judge