DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VIRENDRA P. MAHARAJ,<br>ROSALIN R. PRASAD,<br><br>    Defendants. | No. 2:16-CR-0094 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE OCTOBER 17, 2019, AT 9:30 A.M. |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Grant Rabenn, that the status conference presently set for July 11, 2019, should be continued to October 17, 2019, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

1

The reason for the continuance is that Mr. Fischer is going to be assigned to trial in state court. Additionally, defense counsel for both Mr. Maharaj and Ms. Prasad continue to need time to prepare. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between July 11, 2019, and October 17, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Rabenn and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: July 9, 2019                          U.S. ATTORNEY

                                                 by:    /s/ David D. Fischer for
                                                           GRANT RABENN
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

Dated: July 9, 2019                          /s/ David D. Fischer
                                                           DAVID D. FISCHER
                                                           Attorney for Defendant
                                                           VIRENDRA P. MAHARAJ

Dated: July 9, 2019                          /s/ David D. Fischer for
                                                           PHILIP COZENS
                                                           Attorney for Defendant
                                                           ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of July, 2019.

                          Troy L. Nunley
                          United States District Judge