DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIRENDRA P. MAHARAJ, <br> ROSALIN R. PRASAD, <br><br> Defendants. | No. 2:16-CR-0094 TLN <br><br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE JANUARY 9, 2020, AT 9:30 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Grant Rabenn, that the status conference presently set for October 17, 2019, should be continued to January 9, 2020, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

1

The reason for the continuance is that Mr. Fischer is going to be assigned to trial in state court in People v. Terry Eales. Additionally, defense counsel for both Mr. Maharaj and Ms. Prasad continue to need time to prepare. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between October 17, 2019, and January 9, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Rabenn and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: October 15, 2019				U.S. ATTORNEY

				by:	/s/ David D. Fischer for
					GRANT RABENN
					Assistant U.S. Attorney
					Attorney for Plaintiff

Dated: October 15, 2019				/s/ David D. Fischer
					DAVID D. FISCHER
					Attorney for Defendant
					VIRENDRA P. MAHARAJ

Dated: October 15, 2019				/s/ David D. Fischer for
					PHILIP COZENS
					Attorney for Defendant
					ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of October, 2019.

Troy L. Nunley
United States District Judge