DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIRENDRA P. MAHARAJ,<br>ROSALIN R. PRASAD,<br><br>　　　　Defendants. | No. 2:16-CR-0094 TLN<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE MARCH 19, 2020, AT 9:30 A.M. |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Grant Rabenn, that the status conference presently set for January 9, 2020, should be continued to March 19, 2020, and that time under the Speedy Trial Act should be excluded from between those dates.

1

The reason for the continuance is that Mr. Fischer is in trial in state court in People v. Terry Eales. Additionally, defense counsel for both Mr. Maharaj and Ms. Prasad continue to need time to prepare. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between January 9, 2020, and March 19, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Rabenn and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: January 9, 2020 U.S. ATTORNEY

by: /s/ David D. Fischer for
GRANT RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 9, 2020 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
VIRENDRA P. MAHARAJ

Dated: January 9, 2020 /s/ David D. Fischer for
PHILIP COZENS
Attorney for Defendant
ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 3rd day of January, 2020.

_____
Troy L. Nunley
United States District Judge