DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIRENDRA P. MAHARAJ, <br> ROSALIN R. PRASAD, <br><br> Defendants. | No. 2:16-CR-0094 TLN <br><br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO JUNE 4, 2020, AT 9:30 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Grant Rabenn, that the status conference presently set for March 19, 2020, should be continued to June 4, 2020, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

1

The reason for the continuance is that the parties need time to meet and confer about the potential resolution of the case. Additionally, defense counsel for both Mr. Maharaj and Ms. Prasad continue to need time to prepare. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between March 19, 2020 and June 4, 2020, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Rabenn and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: March 11, 2020 U.S. ATTORNEY

by: /s/ David D. Fischer for
GRANT RABENN
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: March 11, 2020 /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
VIRENDRA P. MAHARAJ

Dated: March 11, 2020 /s/ David D. Fischer for
PHILIP COZENS
Attorney for Defendant
ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 16th day of March, 2020.

Troy L. Nunley
United States District Judge