DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIRENDRA P. MAHARAJ, <br> ROSALIN R. PRASAD, <br><br> Defendants. | No. 2:16-CR-0094 TLN <br><br> STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO APRIL 29, 2021, AT 9:30 A.M. |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Grant Rabenn, that the status conference presently set for January 14, 2021, should be continued to April 29, 2021, at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from between those dates.

1

The reason for the continuance is that the parties need time to meet and confer about the potential resolution of the case. Additionally, defense counsel for both Mr. Maharaj and Ms. Prasad continue to need time to prepare. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between January 14, 2021, and April 29, 2021 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Rabenn and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated: January 12, 2021                              U.S. ATTORNEY

                                              by:   /s/ David D. Fischer for
                                                    GRANT RABENN
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


Dated: January 12, 2021                              /s/ David D. Fischer
                                                    DAVID D. FISCHER
                                                    Attorney for Defendant
                                                    VIRENDRA P. MAHARAJ


Dated: January 12, 2021                              /s/ David D. Fischer for
                                                    PHILIP COZENS
                                                    Attorney for Defendant
                                                    ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 12th day of January, 2021.

Troy L. Nunley
United States District Judge