
DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
VIRENDRA MAHARAJ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:16-CR-0094 TLN |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO MAY 6, 2021, AT 9:30 A.M. |
| VIRENDRA P. MAHARAJ, ROSALIN R. PRASAD, | ) | |
| Defendants. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendants, Rosalin Prasad and Virendra Maharaj, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Matthew Segal, that the status conference presently set for April 29, 2021, should be continued to May 6, 2021, and that time under the Speedy Trial Act should be excluded from between those dates.

The reason for the continuance is that the parties need time to set a trial date, and on May 6, 2021, the Court may have proposed dates available. Additionally, defense counsel for both Mr. Maharaj and Ms. Prasad wish to have further meetings with their clients, and otherwise continue to need time to prepare for trial. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between April 29, 2021 and May 6, 2021, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Segal and Mr. Cozens have authorized Mr. Fischer to sign this pleading for them.

Dated:  April 27, 2021

                                PHILLIP TALBERT
                                Acting U.S. Attorney

                       by:    /s/ David D. Fischer for
                                MATTHEW SEGAL
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


Dated:  April 27, 2021                    /s/  David D. Fischer
                                DAVID D. FISCHER
                                Attorney for Defendant
                                VIRENDRA P. MAHARAJ


Dated:  April 27, 2021                    /s/  David D. Fischer for
                                PHILIP COZENS
                                Attorney for Defendant
                                ROSALIN R. PRASAD

**O R D E R**

IT IS SO FOUND AND ORDERED this 27th day of April, 2021.

                                            Troy L. Nunley
                                            United States District Judge