# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | United States v. Maharaj, 2:21-cr-00236-TLN [Related to case, 2:16-cr-0094-TLN] | Date: | December 7, 2021 |
|---|---|---|---|
| To: | The Honorable Deborah Barnes, United States Magistrate Judge | From: | Nirav K. Desai, AUSA<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

The United States requests that the Court set the above-referenced matter for the Court's 2:00 p.m. calendar on December 8, 2021, for an initial appearance, arraignment, and waiver of indictment related to an Information filed December 7, 2021, in case number 2:21-cr-00236-TLN.

Counsel for defendant Virendra Maharaj has been contacted informally, and the parties will have additional notice through this request and any further notice the Court files. Defendant Virendra Maharaj, who is represented by attorney David D. Fischer in this matter and in case number 2:16-cr-0094-TLN, is not in custody.

The United States will also file this request in case number 2:16-cr-0094-TLN.


/nkd